## In re GILLESPIE.

(District Court, E. D. New York. December 29, 1913.)

BANKRUPTCY (§ 138*)—RIGHTS OF BANKRUPT—ASSIGNMENTS OF FUTURE SALARY.

> Attempted assignment by a bankrupt of salary *held* ineffective as to salary earned after the bankruptcy, and a stay restraining payment to the bankrupt vacated.
>
> [Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 193–204, 206–209; Dec. Dig. § 138.*]

In Bankruptcy. In the matter of Daniel O'C. Gillespie, bankrupt. On motion to vacate stay. Granted in part.

Allen Caruthers, of New York City, for bankrupt.

Williams & Hamburger, of New York City, for respondent.

CHATFIELD, District Judge. The stay as to 10 per cent. of salary held by the city under a garnishee execution cannot be vacated until a discharge has been obtained. As to all other portions of salary earned since the adjudication, there seems to be no assignment of any rights in existence at the time of assignment and transferable by the assignee, or which could be transferred by the giving of a power of attorney. Hence there is no security as to any property which the trustee could claim even if discharge be denied.

As to the salary over 10 per cent., therefore, the application to vacate stay against the city paymaster, or the city, will be granted, and all creditors named will be restrained from interference with the after-acquired salary over the 10 per cent. named.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes